KENT, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by James L. Kent, as administrator of the goods, chattels, and credits of John E. Kent, deceased, against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on authority of Strauss v. New York, New Haven

& Hartford R. R. Co. (decided March 15, 1904) 87 N. Y. Supp. 67.